**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF FLORIDA**

Jose Manuel Duarte Meneses,

          Plaintiffs,

     v.

Basilico Ristorante at Doral, Inc. and
Rodrigo Gonzalez,

        Defendants.

Case No.  24-CV-22355

PLAINTIFF DEMANDS
TRIAL BY JURY

## COMPLAINT

**Plaintiff** Jose Manuel Duarte Meneses ("Plaintiff"), by and through their attorneys, Daniel I. Schlade, complains against Basilico Ristorante at Doral, Inc. ("Defendant" or "Basilico Ristorante") and Rodrigo Gonzalez ("Defendant" or "Rodrigo Gonzalez"), may collectively be referred to as ("Defendants").    In support of this Complaint, Plaintiff states:

## Introduction

1.      This action seeks redress for Defendants' willful violations of the Fair Labor Standards Act, 29 U.S.C. § 201 et seq. ("FLSA"), as well as any related state law claims, for Defendants' failure to pay overtime wages owed.

## Jurisdiction and Venue

2. The Court possesses subject matter jurisdiction over the FLSA claim(s) pursuant to 29 U.S.C. § 216(b) and 28 U.S.C. § 1331 (federal question), and 28 U.S.C. §1337; and supplemental jurisdiction over any related state law claim(s) pursuant to 28 U.S.C. § 1367.

3. Venue is proper in the Southern District of Florida because all underlying facts and transactions occurred in or about Miami, Florida.

### Parties

4. Plaintiff Jose Manuel Duarte Meneses is a resident of Miami, Florida and he was employed by Defendants.

5. Defendant Basilico Ristorante is a business that is located, headquartered, and conducts business in Miami, Florida.

6. Rodrigo Gonzalez is the owner and Manager of Basilico Ristorante, and he is in charge of its employees.  On information and belief, Rodrigo Gonzalez is a resident of Miami, Florida.

7. Defendant Basilico Ristorante is "an enterprise engaged in commerce or in the production of goods for commerce" under 29 USC § 203(s)(1)(A)(i) and (ii) because they have annual gross volume of sales made or business done of at least $500,000; and because they are engaged in interstate commerce or in the production of goods for interstate commerce. Additionally, they have more than three employees.

**Facts Common To All Claims**

8.     Defendant Basilico Ristorante is an "employer" as that term is defined in Section 203 of the FLSA, because it is a privately owned for-profit entity.

9.     Defendant Rodrigo Gonzalez is an "employer" as that term is defined in Section 203 of the FLSA, because: (1) they were Plaintiff's head "boss" at Defendant Basilico Ristorante; (2) they had the power to hire and fire the employees, including Plaintiff; (3) they supervised and controlled Plaintiff's work schedules and conditions of employment; (4) they determined the rate and method of payment for employees; and (5) they maintained employment records.

**COUNT 1- VIOLATION OF THE FLSA**

10.     Plaintiff reincorporates by reference Paragraphs 1 through 9, as if set forth in full herein for Paragraph 10.

11.     Plaintiff Jose Manuel Duarte Meneses began working for Defendants in or before September 2021 until May 7, 2022.

12.     At all times, Plaintiff held the same position at Defendants, he was a dishwasher and general worker. Plaintiff was an "employee" of Defendants as that term is used in Section 203 of the FLSA because he was employed by Defendants to perform dishwashing and general worker duties, and they do not fall into any of the exceptions or exemptions for workers under the FLSA.

13. Although schedules are subject to change, Plaintiff's general schedule with Defendants required Plaintiff to work on average 65 hours per week.

14. Plaintiff was paid their wages on a(n) weekly basis.

15. Plaintiff's wages were not based on the number of jobs performed or completed, nor was it based on the quality or efficiency of their performance.

16. Plaintiff's rate of pay was $800.00 per week, or the equivalent of $12.30 per hour.

17. Throughout the course of Plaintiff's employment with Defendants, Defendants regularly scheduled and directed Plaintiff to work in excess of forty (40) hours per week.

18. Defendants did not pay Plaintiff not less than one and a half (1.5) times the regular rate at which he was employed during the hours worked in excess of forty (40) hours per week.

19. On information and belief, Defendants have failed to keep proper time records tracking Plaintiff's time worked; and Defendants' failure and refusal to pay Plaintiff the federally mandated minimum wage and the overtime wages for hours worked in excess of forty (40) hours per week was a willful violation of the FLSA.

20. Plaintiff is entitled to recover unpaid minimum and overtime wages and liquidated damages for up to three (3) years prior to the filing of this lawsuit. On

information and belief, this amount includes: (i) $6,918.75 in unpaid overtime wages; (ii) liquidated damages of $6,918.75; and (iii) Plaintiff's attorney's fees and costs, to be determined. A calculation of Plaintiff's damages is attached as Exhibit A.

**WHEREFORE,** Plaintiff Jose Manuel Duarte Meneses respectfully requests that the Court enter a judgment in its favor and against Defendants, jointly and severally, for:

A. The amount of unpaid overtime wages for all time worked by Plaintiff in excess of forty (40) hours in individual work weeks, totaling at least $6,918.75;

B. An award liquidated damages in an amount equal to at least $6,918.75;

C. A declaration that Defendants violated the FLSA;

D. An award reasonable attorneys' fees and costs; and

E. Any such additional or alternative relief as this Court deems just and proper.

**s/Daniel I. Schlade**
*Lead Counsel for Plaintiffs*
Justicia Laboral, LLC
6232 N. Pulaski, #300
Chicago, IL 60646
Phone: 773-550-3775
Email: dschlade@justicialaboral.com

**PLAINTIFF DEMANDS TRIAL BY JURY**

EXHIBIT A-UNPAID OT CALCULATOR

| Week | Av. Hours/Wk. | Hours Over 40 | Hrly. Wage | MW/Hr. | Unpaid MW | Unpaid OT | FLSA Liquidated |
|---|---|---|---|---|---|---|---|
| 9/5/2021 | 65 | 25 | $12.30 | $8.65 | $0.00 | $153.75 | $153.75 |
| 9/12/2021 | 65 | 25 | $12.30 | $8.65 | $0.00 | $153.75 | $153.75 |
| 9/19/2021 | 65 | 25 | $12.30 | $8.65 | $0.00 | $153.75 | $153.75 |
| 9/26/2021 | 65 | 25 | $12.30 | $8.65 | $0.00 | $153.75 | $153.75 |
| 10/3/2021 | 65 | 25 | $12.30 | $8.65 | $0.00 | $153.75 | $153.75 |
| 10/10/2021 | 65 | 25 | $12.30 | $8.65 | $0.00 | $153.75 | $153.75 |
| 10/17/2021 | 65 | 25 | $12.30 | $8.65 | $0.00 | $153.75 | $153.75 |
| 10/24/2021 | 65 | 25 | $12.30 | $8.65 | $0.00 | $153.75 | $153.75 |
| 10/31/2021 | 65 | 25 | $12.30 | $8.65 | $0.00 | $153.75 | $153.75 |
| 11/7/2021 | 65 | 25 | $12.30 | $8.65 | $0.00 | $153.75 | $153.75 |
| 11/14/2021 | 65 | 25 | $12.30 | $8.65 | $0.00 | $153.75 | $153.75 |
| 11/21/2021 | 65 | 25 | $12.30 | $8.65 | $0.00 | $153.75 | $153.75 |
| 11/28/2021 | 65 | 25 | $12.30 | $8.65 | $0.00 | $153.75 | $153.75 |
| 12/5/2021 | 65 | 25 | $12.30 | $8.65 | $0.00 | $153.75 | $153.75 |
| 12/12/2021 | 65 | 25 | $12.30 | $8.65 | $0.00 | $153.75 | $153.75 |
| 12/19/2021 | 65 | 25 | $12.30 | $8.65 | $0.00 | $153.75 | $153.75 |
| 12/26/2021 | 65 | 25 | $12.30 | $8.65 | $0.00 | $153.75 | $153.75 |
| 1/2/2022 | 65 | 25 | $12.30 | $11.00 | $0.00 | $153.75 | $153.75 |
| 1/9/2022 | 65 | 25 | $12.30 | $11.00 | $0.00 | $153.75 | $153.75 |
| 1/16/2022 | 65 | 25 | $12.30 | $11.00 | $0.00 | $153.75 | $153.75 |
| 1/23/2022 | 65 | 25 | $12.30 | $11.00 | $0.00 | $153.75 | $153.75 |
| 1/30/2022 | 65 | 25 | $12.30 | $11.00 | $0.00 | $153.75 | $153.75 |
| 2/6/2022 | 65 | 25 | $12.30 | $11.00 | $0.00 | $153.75 | $153.75 |
| 2/13/2022 | 65 | 25 | $12.30 | $11.00 | $0.00 | $153.75 | $153.75 |
| 2/20/2022 | 65 | 25 | $12.30 | $11.00 | $0.00 | $153.75 | $153.75 |
| 2/27/2022 | 65 | 25 | $12.30 | $11.00 | $0.00 | $153.75 | $153.75 |
| 3/6/2022 | 65 | 25 | $12.30 | $11.00 | $0.00 | $153.75 | $153.75 |
| 3/13/2022 | 65 | 25 | $12.30 | $11.00 | $0.00 | $153.75 | $153.75 |
| 3/20/2022 | 65 | 25 | $12.30 | $11.00 | $0.00 | $153.75 | $153.75 |
| 3/27/2022 | 65 | 25 | $12.30 | $11.00 | $0.00 | $153.75 | $153.75 |
| 4/3/2022 | 65 | 25 | $12.30 | $11.00 | $0.00 | $153.75 | $153.75 |
| 4/10/2022 | 65 | 25 | $12.30 | $11.00 | $0.00 | $153.75 | $153.75 |
| 4/17/2022 | 65 | 25 | $12.30 | $11.00 | $0.00 | $153.75 | $153.75 |
| 4/24/2022 | 65 | 25 | $12.30 | $11.00 | $0.00 | $153.75 | $153.75 |
| 5/1/2022 | 65 | 25 | $12.30 | $11.00 | $0.00 | $153.75 | $153.75 |
| 5/8/2022 | 65 | 25 | $12.30 | $11.00 | $0.00 | $153.75 | $153.75 |
| 5/15/2022 | 65 | 25 | $12.30 | $11.00 | $0.00 | $153.75 | $153.75 |
| 5/22/2022 | 65 | 25 | $12.30 | $11.00 | $0.00 | $153.75 | $153.75 |
| 5/29/2022 | 65 | 25 | $12.30 | $11.00 | $0.00 | $153.75 | $153.75 |
| 6/5/2022 | 65 | 25 | $12.30 | $11.00 | $0.00 | $153.75 | $153.75 |
| 6/12/2022 | 65 | 25 | $12.30 | $11.00 | $0.00 | $153.75 | $153.75 |
| 6/19/2022 | 65 | 25 | $12.30 | $11.00 | $0.00 | $153.75 | $153.75 |
| 6/26/2022 | 65 | 25 | $12.30 | $11.00 | $0.00 | $153.75 | $153.75 |
| 7/3/2022 | 65 | 25 | $12.30 | $11.00 | $0.00 | $153.75 | $153.75 |
| 7/10/2022 | 65 | 25 | $12.30 | $11.00 | $0.00 | $153.75 | $153.75 |
| TOTALS: | | | | | | $6,918.75 | $6,918.75 |